**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000709
25-NOV-2024
08:22 AM
Dkt. 53 ODMR**

NO. CAAP-21-0000709

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHAEL MCCLURG and TROPICAL DREAM,
a general partnership, Petitioners-Appellants,
v.
JENNIFER CAULFIELD and LEE PICHÉ, Respondents-Appellees,

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-21-0000262)

**ORDER DENYING MOTION FOR RECONSIDERATION**
(By: Leonard, Acting Chief Judge, Nakasone and Guidry, JJ.)

Upon consideration of "Petitioners-Appellants Michael McClurg and Tropical Dream's [(**McClurg**) Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40] Motion for Reconsideration of Summary Disposition Order" (**Motion for Reconsideration**), filed on November 20, 2024, it appears that:

(1) McClurg moves for reconsideration of the court's Summary Disposition Order, filed on November 14, 2024; and

(2)  The Motion for Reconsideration presents no point of law or fact that this court overlooked or misapprehended.  <u>See</u> HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 25, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge